UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | No. C11-1748 EMC |
| Petitioners, | |
| v. | **ORDER TO SHOW CAUSE** |
| LAURO A. GUTIERREZ, JR., | |
| Respondent. | |
| _____/ | |

    Petitioners have filed a verified petition, asking the Court to enforce the IRS summons served on Respondent Lauro A. Gutierrez, Jr.  Having reviewed the petition, this Court hereby orders Respondent Gutierrez to show cause why the IRS summons should not be enforced.

    Petitioners shall serve a copy of this order to show cause, along with the verified petition, on Respondent Gutierrez no later than April 27, 2011.  Service shall comply with Federal Rule of Civil Procedure 4.  Respondent Gutierrez shall have until May 18, 2011, to file a response to this order to show cause.

///

///

///

///

///

The parties shall appear before the Court for a hearing on this matter on **June 1, 2011, at 10:30 a.m.**, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: April 19, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge