MELINDA HAAG
United States Attorney
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
THOMAS M. NEWMAN
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>LOUIE VARGAS, Revenue Agent,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>LAURO A. GUTIERREZ, JR.,<br><br>　　　　　　Respondent. | Case No. 11-cv-1748-EMC<br><br>STIPULATION TO CONTINUE<br>ORDER |

　　　　The parties, through there respective counsel, stipulate as follows:

　　　　1.　　Petitioners filed this case on April 8, 2011, which seeks to enforce an Internal Revenue Service summons that was served on Respondent.

　　　　2.　　On April 19, 2011, this Court issued an Order to Show Cause and set a hearing for June 1, 2011.

　　　　3.　　On May 17, 2011, respondent filed a response to the motion. On that date, the parties discussed the case, and agreed to continue the hearing for thirty days, or until July ~~13~~ 15, 2011, at ~~10:30 a~~ 1:30 p.m. This continuance will permit respondent to arrange a time to meet with the IRS, and discuss a resolution of this case.

Stipulation to Continue
Case No. 11-cv-1748-EMC　　　　　　　　1

MELINDA HAAG
United States Attorney

Dated: May 24, 2011                  _____/s/_____
                                     THOMAS M. NEWMAN
                                     Assistant United States Attorney
                                     Tax Division


Dated: May 24, 2011                  /s/ *Cindy Ho*____
                                     CINDY HO
                                     Attorney for Respondent

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED. (as modified)

Dated: May 27, 2011                  _____
                                     EDWARD M. CHEN
                                     United States District Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*